AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

Donte Parrish
*Plaintiff*
v.
Attorney General of Pennsylvania et al.
*Defendant*

Civil Action No. 1:24-CV-0236

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ______ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☑ other: JUDGMENT is entered in favor of the defendants and against the plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

☐ tried by Judge ________ without a jury and the above decision was reached.

☑ decided by Judge Joseph F. Saporito, Jr. on a motion for Summary Judgment (Doc. 49).

Date: August 20, 2026

*CLERK OF COURT*

s/Mary Rose Schirra
*Signature of Clerk or Deputy Clerk*